HEATHER E. WILLIAMS, CA SBN #122664
Federal Defender
REED GRANTHAM, CA SBN #294171
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorney for Defendant
ALLANTE OGLETON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 6:15-mj-00078-MJS |
| Plaintiff, | **MOTION TO VACATE MAY 16, 2017 REVIEW HEARING; ORDER** |
| vs. | |
| ALLANTE OGLETON, | |
| Defendant. | |

Defendant Allante Ogleton hereby requests that the Court vacate the May 16, 2017 review hearing. The government is in agreement with the request.

On June 8, 2016, the Court sentenced Ms. Ogleton to twelve months of unsupervised probation, with the conditions that she obey all laws and advise the Court and Government Officer within seven days of being cited or arrested for any alleged violation of law. She was also ordered to pay a $590.00 fine and to pay a $10.00 penalty assessment. Ms. Ogleton was sentenced pursuant to 18 U.S.C. § 3607.

Ms. Ogleton has paid the entire amount of her fine and her penalty assessment.

Accordingly, Ms. Ogleton has complied with all conditions of her probation, and she hereby requests that her May 16, 2017 review hearing be vacated.

//

//

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: May 10, 2017     /s/ Reed Grantham
REED GRANTHAM
Assistant Federal Defender
Attorney for Defendant
ALLANTE OGLETON

## **O R D E R**

Based on the parties' joint representation that Ms. Ogleton is in compliance with the conditions of her probation, the Court vacates the review hearing scheduled for May 16, 2017, at 10:00 a.m., in case number 6:15-mj-00078-MJS.

IT IS SO ORDERED.

Dated:   May 10, 2017            /s/ *Michael J. Seng*
UNITED STATES MAGISTRATE JUDGE