1    HEATHER E. WILLIAMS, CA SBN #122664
     Federal Defender
2    REED GRANTHAM, CA SBN #294171
     Assistant Federal Defender
3    Office of the Federal Defender
     2300 Tulare Street, Suite 330
4    Fresno, CA 93721-2226
     Telephone: (559) 487-5561
5    Fax: (559) 487-5950

6    Attorney for Defendant
     ALLANTE OGLETON

7

8               IN THE UNITED STATES DISTRICT COURT

9           FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    UNITED STATES OF AMERICA,    )   Case No. 6:15-mj-00078-MJS
                               )
12            Plaintiff,         )   **MOTION TO DISMISS COUNT 1; ORDER**
                               )
13    vs.                            )
                               )
14    ALLANTE OGLETON,        )
                               )
15            Defendant.       )
                               )
16    _____ )

17       Defendant Allante Ogleton hereby files this motion to dismiss Count 1 pursuant to 18

18   U.S.C. § 3607(a). The government does not oppose this request.

19       On June 8, 2016, Ms. Ogleton pled guilty to one count of possession of a controlled

20   substance in violation of 36 C.F.R. § 2.35(b)(2). Pursuant to the agreement of the parties, the

21   Court granted Ms. Ogleton a deferred entry of judgment under 18 U.S.C. § 3607(a). On May 11,

22   2017, the Court vacated Ms. Ogleton's review hearing, as Ms. Ogleton fully complied with the

23   terms of her probation. Ms. Ogleton's probation expired on June 8, 2017.

24       Under 18 U.S.C. § 3607(a), "[a]t the expiration of the term of probation, if the person has

25   not violated a condition of his probation, the court shall, without entering a judgment of

26   conviction, dismiss the proceedings against the person and discharge him from probation." 18

27   U.S.C. § 3607(a). Here, Ms. Ogleton's term of probation has now expired and she did not violate

28   any condition of her probation. Accordingly, Ms. Ogleton requests that the Court, without

entering a judgment of conviction, dismiss the proceedings.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: June 29, 2017              */s/ Reed Grantham*
                                 REED GRANTHAM
                                 Assistant Federal Defender
                                 Attorney for Defendant
                                 ALLANTE OGLETON


# **O R D E R**

Pursuant to 18 U.S.C. § 3607(a), the Court hereby dismisses Count 1 of the Criminal Complaint in *United States v. Allante Ogleton*, Case No. 6:15-mj-00078-MJS.


IT IS SO ORDERED.


Dated:  July 2, 2017           /s/ *Michael J. Seng*
                                UNITED STATES MAGISTRATE JUDGE